FYI Re Service
Attachment to the Record  EP-14-CV-KC
El M Stary

**RECEIVED**
NOV 21 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**AMENDED DESIGNATION OF AGENTS FOR SERVICE OF PROCESS**

TO:   Mr. William G. Putnicki, Clerk of Court
United States District Court
Western District of Texas
San Antonio, Texas

3:14 CV 50 KC

Pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure, I hereby designate the following individuals only as agents to accept delivery of service of process for the United States Attorney for the Western District of Texas. Please note that these individuals are located in the San Antonio Division at our offices located at 601 N.W. Loop 410, Suite 600, San Antonio, Texas:

JOHN F. PANISZCZYN
ROBERT SHAW-MEADOW
JOSEPH RODRIGUEZ
NITA BROOKE
MICHELE CARROLL-DUBLIN ✗
AUGUSTINA GOMEZ
JEAN SMITH-HARNDEN
DENISE SWAIN

Pursuant to the same Rule 4(i)(1)(A), I hereby also designate Michele Carroll-Dublin as the "Civil Process Clerk" to whom mailings of a summons and complaint by registered or certified mail to the U.S. Attorney are to be sent. Certified or registered mail service upon the United States Attorney for the Western District of Texas should be addressed as follows:

Ms. Michele Carroll-Dublin ✗
Civil Process Clerk
Office of the United States Attorney
for the Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216-5597

In the event that service under Rule 4(i)(1)(A) is to be made on the United States of applications for temporary restraining order, motions for preliminary injunctions, or orders to show cause, the following individuals at the U.S. Attorney's Office are designated as additional persons upon whom personal delivery service may be made in their respective Divisions for those limited processes only:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $2.45 | 0005 |
| Certified Fee | $3.30 | 03 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.70 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $8.45 | 09/09/2014 |

Sent To: United States Attorney General
Street, Apt. No. or PO Box No.: 950 Pennsylvania Ave, NW
City, State, ZIP+4: Washington, DC 20530

PS Form 3800, August 2006          See Reverse for Instructions

7013 3020 0002 0021 8166

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE
SAN ANTONIO TX 78216

| | | |
|---|---|---|
| Postage | $2.24 | 0005 |
| Certified Fee | $3.30 | 03 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.70 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $8.24 | 09/09/2014 |

Sent To: Michele Carroll-Dublin
Street, Apt. No. or PO Box No.: 601 NW. 410, Suite 600
City, State, ZIP+4: San Antonio, TX 78216

PS Form 3800, August 2006          See Reverse for Instructions

7013 3020 0002 0021 8173

Delivered to
U.S. Atty
Office
by mistake

2560 S 106th East Ave
Tulsa, OK 74129

RECEIVED
SEP 12 2014
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

U.S. District Clerk
Federal Courthouse
El Paso, TX
79901

TULSA OK EASTSIDE STA
SEP -9 2014
USPS 74134

PURPLE HEART
FOREVER US
2012